JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JOSE VARO<br><br>     Plaintiff,<br><br>vs.<br><br>CPC LOGISTICS INC., a corporation; and DOES 1-25, inclusive,<br><br>     Defendants. | Case No.: 5:22-cv-00804-SPG-SHK<br><br>District Judge: Hon. Sherilyn Peace Garnett<br>Magistrate Judge: Hon. Shashi H. Kewalramani<br><br>**ORDER ON STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))**<br><br>Complaint filed: February 3, 2022<br>Removal Date:   May 11, 2022<br>Trial Date:         October 24, 2023 |

//

//

//

-1-

ORDER ON STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

On August 29, 2023, the parties jointly submitted a Stipulation of Voluntary Dismissal with Prejudice to the Court.

Accordingly, the instant matter is dismissed with prejudice, and the parties will bear their own respective costs, including attorneys' fees and other litigation expenses.

IT IS SO ORDERED.

Dated:  August 31, 2023

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE